IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-154-RJ

LORI A. HAHNEL,

    Plaintiff/Claimant,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings, [DE-27], and Defendant's Motion for Remand to the Commissioner, [DE-32]. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner. *Id.*

For good cause shown, the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this the 6 day of May, 2021.

Robert B. Jones, Jr.
United States Magistrate Judge